**LAW OFFICES OF DARSHAN PATEL, APC**
R. ALAN SMITH, ESQ. (CBN: 062835)
DARSHAN PATEL, ESQ.   (CBN: 312423)
2655 Camino Del Rio North, Suite 330
San Diego, CA 92108
Telephone: (619) 940-6623
Email: asmith@lawpatel.com

Attorneys for Defendant

PANCH RATNA LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual<br><br>Plaintiff,<br><br>v.<br><br>PANCH RATNA, LLC, a California limited liability company; and Does 1-10, inclusive,<br><br>Defendants. | Civil Case No.: 5:19-cv-01858-JAK-SP<br><br>**DEFENDANT'S ANSWER TO COMPLAINT**<br><br>Judge: John A. Kronstadt<br><br>Complaint Filed: 09/26/2019<br>Trial Date:         Not Yet Set |

  PANCH RATNA, LLC, a California limited liability company now answers the complaint of Plaintiff, JAMES RUTHERFORD.

# GENERAL DENIAL

1. In answer to paragraph 1, Defendants lack information or belief sufficient to permit them to admits or deny the allegations that Plaintiff is so impaired as to be considered disabled under the American with Disabilities Act and whether Plaintiff actually sought or requires any goods facilities or services from Defendants, and on that basis denies those allegations.

2. Defendants admits paragraph 2.

3. Defendants admits paragraph 3.

4. Defendants admits paragraph 4.

5. Defendant admits paragraph 5.

6. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 6 and on that basis deny them.

JURISDICITON & VENUE:

7. While denying the merit and legal sufficiency of Plaintiff's claims in this action, Defendants admit, in answer to paragraph 7 that his court has jurisdiction to determine the matters in controversy that are alleged in the Complaint and that are controverted in this Answer.

8. While denying the merit and legal sufficiency of Plaintiff's claims in this action, Defendants admit, in answer to paragraph 8 that his court has jurisdiction to determine the matters in controversy that are alleged in the Complaint and that are controverted in this Answer.

9. While denying the merit and legal sufficiency of Plaintiff's claims in this action, Defendants admit, in answer to paragraph 9 that his court has jurisdiction to determine the matters in controversy that are alleged in the Complaint and that are controverted in this Answer.

FACTUAL ALLEGATIONS:

10. Defendant lacks information or belief sufficient to permit them to admit or deny the allegations of paragraph 10 and on that basis deny them.

11. Defendants admit paragraph 11.

12. Defendants admit paragraph 12.

13. Defendants deny the allegations of paragraph 13.

14. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 14 and on that basis deny those allegations.

15. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 15 and on that basis deny those allegations.

16. Defendants deny the allegations of paragraph 16.

17. Defendants deny the allegations of paragraph 17.

18. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 18 and on that basis deny them.

19. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 19 and on that basis deny them.

20. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 20 and on that basis deny them.

21. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 21 and on that basis deny them.

22. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 22 and on that basis deny them.

23. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 23 and on that basis deny them.

24. Defendants deny the allegations of paragraph 24.

25. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 25 and on that basis deny them.

26. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 26 and on that basis deny them.

27. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 27 and on that basis deny them.

FIRST CAUSE OF ACTION: VIOLATION OF THE AMERICAN WITH DISABILITIES ACT OF 1990

28. Defendants answer paragraph by incorporating by reference all paragraphs of their answer as though fully restated herein.

29. As paragraph 29 consists of a citation, characterization, and conclusion of law concerning the substance, purpose, and/or effect of enactments that speaks for themselves, no admission or denial is required. However, to the extent that this paragraph may be construed to allege a violation of the cited enactment or any other federal, state of local enactment or regulation, Defendants deny this allegation.

30. As paragraph 30 consists of a citation, characterization, and conclusion of law concerning the substance, purpose, and/or effect of enactments that speaks for themselves, no admission or denial is required. However, to the extent that this paragraph may be construed to allege a violation of the cited enactment or any other federal, state of local enactment or regulation, Defendants deny this allegation.

31. As paragraph 31 consists of a citation, characterization, and conclusion of law concerning the substance, purpose, and/or effect of enactments that speaks for themselves, no admission or denial is required. However, to the extent that this paragraph may be construed to allege a

violation of the cited enactment or any other federal, state of local enactment or regulation, Defendants deny this allegation.

32. Defendants deny the allegations of paragraph 32.

33. Defendants lack information or belief sufficient to permit them to admit or deny the allegations of paragraph 33 and on that basis deny them.

SECOND CAUSE OF ACTION: VIOLATION OF THE UCRA, CALIFORNIA CIVIL CODE § 51

34. Defendants answer paragraph by incorporating by reference all paragraphs of their answer as though fully restated herein.

35. As paragraph 35 consists of a citation, characterization, and conclusion of law concerning the substance, purpose, and/or effect of enactments that speaks for themselves, no admission or denial is required. However, to the extent that this paragraph may be construed to allege a violation of the cited enactment or any other federal, state of local enactment or regulation, Defendants deny this allegation.

36. As paragraph 36 consists of a citation, characterization, and conclusion of law concerning the substance, purpose, and/or effect of enactments that speaks for themselves, no admission or denial is required. However, to the extent that this paragraph may be construed to allege a violation of the cited enactment or any other federal, state of local enactment or regulation, Defendants deny this allegation.

37. As paragraph 37 consists of a citation, characterization, and conclusion of law concerning the substance, purpose, and/or effect of enactments that speaks for themselves, no admission or denial is required. However, to the extent that this paragraph may be construed to allege a violation of the cited enactment or any other federal, state of local enactment or regulation, Defendants deny this allegation.

## FIRST AFFIRMATIVE DEFENSE
## FAILURE TO STATE A CLAIM

As a first, separate, and affirmative defense to the unverified Complaint on file herein, these answering Defendants allege that Plaintiff's unverified Complaint, in its entirety, nor any purported cause of action set forth therein, allege facts sufficient to constitute a cause of action against these answering Defendants.

## PRAYER

WHEREFORE, Defendant prays for the following:

1. That Plaintiff take nothing from his complaint;
2. Plaintiff's complaint be dismissed for failure to state a claim;
3. For reasonable attorney fees and costs of suit; and
4. For any and further relief that the Court deems proper.

Dated: October 17, 2019         **LAW OFFICES OF DARSHAN PATEL APC**

R. ALAN SMITH, ESQ.
DARSHAN PATEL, ESQ.
Attorneys for Defendants
PANCH RATNA, LLC

# PROOF OF SERVICE
JAMES RUTHERFORD, an individual Plaintiff, v. PANCH RATNA, LLC, a California limited liability company; and Does 1-10, inclusive,

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 2655 Camino Del Rio N, Ste 330, San Diego, California 92108.

On October 22, 2019 I served the following document(s):

**DEFENDANT'S ANSWER TO COMPLAINT**

Addressed to:

    Joseph Manning, Esq.
    MANNING LAW, APC
    20062 SW Birch Street, Ste 200
    Newport Beach, CA 92660
    disabilityrights@manninglawoffice.com

☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☒ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on October 22, 2019, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Vinh To*
Vinh To