JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/15/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAMES RUTHERFORD, an individual,

Plaintiff,

v.

PANCH RATNA, LLC, a California limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No.: 5:19-cv-01858-JAK-SP

**ORDER DISMISSAL WITH PREJUDICE**

1      After consideration of the Joint Stipulation for Dismissal of the entire action

2  with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Panch Ratna,

3  LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of

4  Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall

5  bear his or its own costs and attorneys' fees.

6      IT IS SO ORDERED.

7

DATED:  January 15, 2020

8

9  _____

    John A. Kronstadt

10      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28